■ In the Matter of the BROOKLYN BAR ASSOCIATION, Petitioner. CHARLES KATZENSTEIN, Respondent.— Motion by respondent to suspend the operation of the orders of this court, dated January 23, 1961 and March 10, 1961. Motion granted; the operation of the orders is suspended; and the Sheriff of the City of New York is authorized to release respondent from further custody or imprisonment. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

## (March 22, 1961)

■ In the Matter of STANLEY PLESENT et al., Appellants, v. JAMES M. POWER et al., Respondents.— Motion by respondents to adjourn the hearing of the appeal, granted; appeal ordered on the calendar for the May Term, commencing April 24, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

## (March 23, 1961)

■ MARIAN J. STAFFORD, Appellant, v. WILLIAM F. STAFFORD, JR., Respondent.— Motion by the plaintiff wife to enjoin and restrain, pending the determination by this court of her appeal from portions of an order of the Supreme Court, Kings County, dated March 6, 1961, and pending the further order of this court, the defendant husband, his partners, associates, attorneys, agents, representatives and employees, and all other persons acting in concert with him or them, from transferring, assigning, or otherwise disposing of, or removing from within the State of New York, any of the proceeds realized from the sale of the defendant husband's seat on the New York Stock Exchange. Motion granted on condition that plaintiff perfect the appeal and be ready to argue or submit it at the April Term, commencing March 27, 1961; appeal ordered on the calendar for said term. The appeal will be heard on the original papers (including the typewritten minutes) and on typewritten briefs. The record and six copies of appellant's typewritten brief (which shall contain a copy of the opinion rendered by the court below) must be filed, and one copy of such brief must be served, on or before March 29, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

## (March 27, 1961)

■ In the Matter of PHILIP BAKST, an Attorney, Respondent. DENIS M. HURLEY, Petitioner.— Motion to confirm report of Special Referee granted to the extent of confirming the Referee's findings of fact, and denied with respect to the degree of discipline recommended. The Referee recommended that respondent be suspended from practice for a period of two years. In our opinion, on the basis of the learned Referee's findings, which we approve, respondent should be disbarred. Accordingly, respondent is disbarred and his name is ordered struck from the roll of attorneys. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.